

27–274781 Misc. No. 12–8011/AR. U.S. v. Charles A. Graner, Jr. On consideration of the writ-appeal petition, it is ordered that said petition is denied.

No. 11–0420/AR. U.S. v. Cody T. Smith. CCA 20100646. Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENTS FROM SPECIFICATIONS 1 AND 2 OF CHARGE II CANNOT BE NECESSARILY IMPLIED FROM THE TEXT. ARE THE CHARGES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 11–0427/AR. U.S. v. Nicholas A. Patla. CCA 20100809. Review granted on the following issue:

WHETHER THE SPECIFICATION FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

No. 11–0599/AR. U.S. v. Michael D. Darrow. CCA 20100816. Review granted on the following issue:

WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM SPECIFICATION 1 OF THE CHARGE CANNOT BE NECESSARILY IMPLIED FROM THE TEXT. IS THE CHARGE FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 11–0601/AR. U.S. v. Robert A. Moore. CCA 20100662. Review granted on the following issue:

WHETHER THE SPECIFICATION OF CHARGE VI FAILS TO STATE AN OFFENSE BECAUSE IT DOES NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENTS OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.

Misc. No. 12–8019/NA. Tarrell D. Jiles, Appellant v. Commanding Officer H&S Battalion, MCB, Quantico, VA, LTCOL Michael F. CARDOZA, In his official capacity as Art. 32, UCMJ, Inv. Officer, and United States, Appellees. CCA 200800190. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.